# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

<u>UNITED STATES V. RICK KING</u>, a/k/a "Tafari Johnson," a/k/a "Safari Johnson," and a/k/a "Carlos White"

---

## PETITION FOR WRIT OF HABEAS CORPUS

1. RICK KING a/k/a "Tafari Johnson," a/k/a "Safari Johnson," and a/k/a "Carlos White," State of NJ SBI No. 000815855C is now confined to the <u>Southwoods State Prison</u>

2. RICK KING a/k/a "Tafari Johnson," a/k/a "Safari Johnson," and a/k/a "Carlos White," State of NJ SBI No. 000815855C, will be required at the United States Court House in <u>Newark, New Jersey</u> before the <u>Hon. Stanley R. Chesler</u>, U.S. District Judge, on <u>November 12, 2008 at 11:30 a.m.</u>, for an Appearance, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: October 30, 2008

_____
Lakshmi Srinivasan Herman, A.U.S.A.
Petitioner

---

## ORDER

Let the Writ Issue.
DATED: November 5th, 2008

_____
Hon. Stanley R. Chesler, U.S. District Judge

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the <u>Southwoods State Prison</u>:
WE COMMAND YOU that you have the body of

RICK KING a/k/a "Tafari Johnson," a/k/a "Safari Johnson," and a/k/a "Carlos White,"
State of NJ SBI No. 000815855C

now confined at the <u>Southwoods State Prison</u>, brought to the United States Court House in <u>Newark, New Jersey</u> before the <u>Hon. Stanley R. Chesler</u>, U.S. District Judge, on <u>November 12, 2008 at 11:30 a.m.</u>, for an Appearance, in the above-captioned case.

  WITNESS the Honorable Stanley R. Chesler
  United States District Judge
  Newark, New Jersey.

DATED: October 30, 2008

11/5/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per _____
Deputy Clerk