2008R00809/LSH

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | : | |
| v. | : | Criminal No. 08-778 |
| | : | |
| RICK KING, | : | <u>ORDER FOR DISMISSAL</u> |
|   a/k/a "Tafari Johnson," | : | |
|   a/k/a "Safari Johnson," and | : | |
|   a/k/a "Carlos White" | : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment assigned Criminal No. 08-778 now pending against defendant RICK KING, a/k/a "Tafari Johnson," a/k/a "Safari Johnson," a/k/a "Carlos White," charging the defendant with knowingly possessing in and affecting commerce two firearms, namely a Ruger, P90 model, 45 caliber, semi-automatic pistol, bearing serial number 661-09723, and a Llama (Gabilondo & CIA), Mini Max model, 9mm luger caliber, semi-automatic pistol, bearing serial number 07-04-15155-99, and ammunition, namely one 9mm luger bullet, after having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, in violation of Title 18, United States Code, Section 922(g)(1), because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. STANLEY R. CHESLER
United States District Judge

Dated: November 25, 2008